## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Charlie Torres, | : |
| Plaintiff, | : Civil Action No.: 6:17-cv-00297-CEM-KRS |
| v. | : |
| Santander Consumer USA, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Charlie Torres ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 22, 2017

Respectfully submitted,

By: /s/ *Stan Michael Maslona*
Stan Michael Maslona, Esq.
Florida Bar No. 86128
Lemberg Law, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2017, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                             By /s/ *Stan Michael Maslona*

                                                Stan Michael Maslona, Esq.